## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WENDI GOLDBERG & JASON GOLDBERG )<br>   **Plaintiffs** )<br>    )<br>    )<br>**v.** )<br>    )<br>**FAIR COLLECTIONS & OUTSOURCING** )<br>**OF NEW ENGLAND, INC.** )<br>   **Defendant** )<br>    ) | **CIVIL ACTION**<br><br>**COMPLAINT**<br><br><br><br><br><br>**MAY 21, 2010** |

## COMPLAINT

### I. INTRODUCTION

1.  This is a suit brought by two consumers who have been harassed and abused by Defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1692 *et seq.* and also includes pendent state law claim for intentional infliction of emotional distress.

### II. PARTIES

2.  Plaintiff Jason Goldberg is a natural person residing in Bristol, Connecticut.

3.  Plaintiff Wendi Goldberg is a natural person residing in Bristol, Connecticut and is the wife of Plaintiff Jason Goldberg.

4.  The defendant, Fair Collections & Outsourcing of New England, Inc. ("FCO"), is a corporation located in Maryland and is licensed as a Consumer Collection Agency with the Connecticut Department of Banking.

### III. JURISDICTION

5.  Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28 U.S.C. §§ 1331 and 1337, and Fed. R. Civ. P. 18(a).

6.  This Court has jurisdiction over FCO because it engages in debt collection within Connecticut.

7.  Venue in this Court is proper, as the Plaintiffs are residents and the acts complained of occurred in this state.

### IV. FACTUAL ALLEGATIONS

8.  In January 2010, FCO began contacting Plaintiffs about an alleged debt owed to an apartment company named Rivers Edge.

9.  The alleged debt related to a lease entered into between Plaintiffs and Rivers Edge eight years prior.

10. On or around January 20, 2010, FCO called and spoke with Plaintiffs.

11. FCO stated that it had called Plaintiff Jason Goldberg's father and Plaintiffs' friend, and FCO threatened to sue Jason Goldberg's father and Plaintiffs' friend and negatively report on their credit reports if Plaintiffs did not pay the alleged debt.

12. During that same conversation, Plaintiff Wendi Goldberg requested that FCO send them a written notice of their rights, and FCO replied that it did not have to send Plaintiffs any such notice, and it claimed all it was required to do was send Plaintiffs verification of the debt.

13. Plaintiff Jason Goldberg's father and Plaintiffs' friend were not co-signors on the aforementioned lease.

2

14. On or around January 21, 2010, FCO sent Plaintiffs a letter in verification of the alleged debt.

## V. CLAIMS FOR RELIEF

### FIRST CAUSE OF ACTION
### Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.

15. Plaintiffs incorporate Paragraphs 1-14.

16. FCO violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692e, 1692e(2)(A), 1692e(5),1692e(11), and1692f.

17. For FCO's violations of the Fair Debt Collection Practices Act as described above, Plaintiffs are entitled to recover their actual damages, statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to 15 U.S.C. § 1692k.

### SECOND CAUSE OF ACTION
### Intentional Infliction of Emotional Distress

18. Plaintiffs incorporate Paragraphs 1-14.

19. FCO knew, or reasonably should have known, that their actions would likely cause emotional distress to Plaintiffs.

20. FCO's conduct did cause Plaintiffs to suffer emotional distress, embarrassment, shame, stress and anxiety.

21. FCO's actions were willful, wanton and malicious, in that they intended to cause Plaintiffs distress to induce them to pay the debt, in hopes that Plaintiffs would pay in order to relieve the stress.

22. FCO is liable to Plaintiffs for their damages.

WHEREFORE, the Plaintiffs seek recovery of their actual damages (including emotional distress related damages) pursuant to 15 U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems appropriate.

PLAINTIFFS, WENDI & JASON GOLDBERG

By: _____
Daniel S. Blinn, ct02188
dblinn@consumerlawgroup.com
Matthew W. Graeber, ct27545
mgraeber@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd. Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408  Fax. (860) 571-7457

4