UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WENDI GOLDBERG & JASON GOLDBERG ) | CASE NUMBER |
|     Plaintiffs ) | 3:10-CV-00818-MRK |
| ) | |
| v. ) | |
| ) | |
| FAIR COLLECTIONS & OUTSOURCING ) | |
| OF NEW ENGLAND, INC. ) | |
|     Defendant ) | |
| ) | AUGUST 5, 2010 |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Wendi Goldberg and Jason Goldberg, through their attorney, and the defendant, Fair Collections & Outsourcing of New England, Inc. through their attorney, hereby stipulate that all claims in the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

        PLAINTIFFS, WENDI & JASON GOLDBERG

        By:  /s/Daniel S. Blinn
        Daniel S. Blinn, ct02188
        dblinn@consumerlawgroup.com
        Matthew W. Graeber, ct27545
        mgraeber@consumerlawgroup.com
        Consumer Law Group, LLC
        35 Cold Spring Rd. Suite 512
        Rocky Hill, CT  06067
        Tel. (860) 571-0408  Fax. (860) 571-7457

       Defendant, Fair Collections & Outsourcing of
       New England, Inc.


       By /s/ Joshua A. Yahwak
       Joshua A. Yahwak (ct25138)
       Law Offices of Brian J. Farrell, Jr.
       555 Long Wharf Drive
       New Haven, CT  06511
       Tel: (203) 782-4122; Fax: (203) 782-4128
       jyahwak@bfarrelllaw.com


## CERTIFICATION

 I hereby certify that on this 5th day of August, 2010, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       /s/ Daniel S. Blinn
       Daniel S. Blinn